THE PEOPLE OF THE STATE OF NEW YORK v. NATE WEINZIMMER.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CONSTANTINE ZAMBOUNIS.— Motion granted, on condition that the appellant serve and file the appellant's points on or before October 29, 1928, with notice of argument for November 14, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

RUDOLPH J. PFEIFFER v. TOPICS PUBLISHING COMPANY, INC.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MARY FRANKEL v. JOSEPH H. MITTELMAN. PHILIP FRANKEL v. JOSEPH H. MITTELMAN.— Motion denied, with ten dollars costs. The motion should be made at Special Term. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

CLINTON TRADING CORPORATION v. J. S. & O. REALTY CO., INC., and Others. PHILIDOR REALTY & MORTGAGE CO., INC., and Another. FRANCIS A. KELLY and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES J. McMANUS.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES J. McMANUS.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

FELIX F. VON WILMOWSKY v. EDWIN J. PRINDLE and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

FELIX F. VON WILMOWSKY v. EDWIN J. PRINDLE and Others. FELIX F. VON WILMOWSKY v. EDWIN J. PRINDLE and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

FELIX F. VON WILMOWSKY v. EDWIN J. PRINDLE and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

FELIX F. VON WILMOWSKY v. EDWIN J. PRINDLE and Others. FELIX F. VON WILMOWSKY v. EDWIN J. PRINDLE and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

GUSTAVE WOLFF and Another v. CHARLES V. MILLER and Another.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

BENJAMIN FEINGOLD, Doing Business, etc., v. EDMOND E. FRISCH.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

EDMOND E. FRISCH v. J. CLARKE DULANY and Others. BENJAMIN FEINGOLD, Doing Business, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES SMITH.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

EDWARD J. HARRISON v. MYRA B. PHILLIPS and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

HAROLD M. SCHWAB, INC., v. MARYLAND CASUALTY COMPANY.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

DAVID STEINER and Others v. ROYAL INSURANCE COMPANY, LTD., OF LIVERPOOL, and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.